**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MACHELLE LESLIE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 12-0526-CG-C** |
| | ) | |
| **MOBILE AREA CHAMBER OF** | ) | |
| **COMMERCE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

The parties having filed a joint stipulation of dismissal this date (Doc. 37), all claims in this cause are hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear her or its own costs.

**DONE and ORDERED** this 22nd day of July, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE